Case 4:25-cr-00693   Document 1   Filed 12/17/25 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED

December 17, 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. |
| JAY ANTOINE JACKSON | § | **4:25-cr-0693** |

## INDICTMENT

The United States Grand Jury charges:

At all times material herein:

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against loss up to $100,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2. Plains Capital Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

3. Truist Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

### COUNTS 1-2
(Bank Fraud - 18 U.S.C. § 1344)

**A.   INTRODUCTION**

1. The allegations in paragraphs 1-3 of the Introduction of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

**B.   THE SCHEME AND ITS OBJECTS**

2. Beginning on or about May 3, 2024, and continuing through at least August 23, 2024, in the Houston Division of the Southern District of Texas, and elsewhere,

**JAY ANTOINE JACKSON,**

Defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud Plains Capital Bank and Truist Bank, financial institutions the deposits of which were insured by the FDIC, and to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises as further set forth in the counts below.

**C.     THE MANNER AND MEANS OF THE SCHEME**

3.  The defendant unlawfully obtained the Internal Revenue Service (IRS) checks of others that had been stolen from the United States Mail.

4.  The defendant had the unlawfully obtained checks altered or counterfeited so that his name (or one of his businesses) was listed as the payee on the check instead of the taxpayer who was legally authorized to receive the check.

5.  The defendant then unlawfully presented the checks at banks for deposit into accounts that he controlled.

6.  The defendant then appropriated the unlawfully obtained funds for his own use.

**D.     EXECUTION OF THE SCHEME AND ARTIFICE**

7.  On or about the following dates, the defendant executed and attempted to execute the scheme and artifice set forth above by knowingly and fraudulently causing checks to be presented to federally insured financial institutions, as described in the counts below:

| COUNT | DATE | AMOUNT | VICTIM |
|---|---|---|---|
| ONE | May 13, 2024 | $319,548.25 | A.H. |
| TWO | August 23, 2024 | $11,615,223.34 | B.C.B.S. |

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 3-4
(Unlawful Conversion of Government Property – 18 U.S.C. § 641)

Beginning on or about May 3, 2024, and continuing at least until on or about August 23, 2024, in the Houston Division of the Southern District of Texas, and elsewhere,

**JAY ANTOINE JACKSON,**

Defendant herein, did knowingly convert government property to his own use, knowing said property was not his and with intent to deprive the owner of its use or benefit, by unlawfully depositing government checks having a value in excess of $1,000, as described in the counts below:

| COUNT | DATE | AMOUNT | VICTIM |
| --- | --- | --- | --- |
| THREE | July 11, 2024 | $899,917.30 | U.L.H. |
| FOUR | August 9, 2024 | $3,005,882.38 | W.G. |

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 5
(Possession of Stolen Mail – 18 U.S.C. § 1708)

From on or about May 3, 2024, until on or about August 23, 2024, in the Houston Division of the Southern District of Texas,

**JAY ANTOINE JACKSON,**

Defendant herein, did possess United States Treasury checks, which had been stolen from the United States Mail, knowing that said items had been stolen.

In violation of Title 18, United States Code, Sections 1708 and 2.

## NOTICE OF FORFEITURE
(18 U.S.C. § 982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to the defendant,

**JAY ANTOINE JACKSON,**

that in the event of conviction of the offenses charged in Counts One and Two, the United States intends to seek forfeiture of all conveyances used in and of all property used to facilitate, or intended to be used to facilitate, the commission of the offenses.

### Money Judgment and Substitute Assets

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the value of the property subject to forfeiture.

TRUE BILL

Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

JAY HILEMAN
Assistant United States Attorney