USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION No. **4:25-cr-0693**

USAO#: 2024R05361 United States Courts
 Southern District of Texas

CRIMINAL INDICTMENT Filed: FILED Judge: **Hanks**
 *December 17, 2025*

 Nathan Ochsner, Clerk of Court
 ATTORNEYS:
UNITED STATES of AMERICA
vs. NICHOLAS J. GANJEI, USA (713) 567-9000
 JAY HILEMAN, AUSA (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| Jay Antoine Jackson (Cts.1-2, 3-4, 5) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Cts. 1-2: Bank Fraud [18 USC §§ 1344 and 2]
Cts. 3-4: Unlawful Conversion of Government Property [18 USC §§ 641 and 2]
Ct. 5: Possession of Stolen Mail [18 USC § 1708]

Charges Total Counts (5)

**PENALTY:**
Cts. 1-2: up to 30 years imprisonment and/or a fine of up to $1,000,000, followed by up to 5 years supervised release; $100SA
Cts. 3-4: up to 10 years imprisonment and/or a fine of up to $250,000, followed by up to 3 years supervised release; $100 SA
Ct. 5: up to 5 years imprisonment and/or a fine of up to $250,000, followed by up to 3 years supervised release; $100 SA

☐ In Jail

☐ On Bond NAME & ADDRESS
 of Surety

☐ No Arrest

## PROCEEDINGS:

| | |
|---|---|
| | |
| | |
| | |
| | |