United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. **4:25-cr-0693** |
| § | |
| JAY ANTOINE JACKSON § | |
| § | |
| Defendant. § | |

# ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant
**JAY ANTOINE JACKSON**

☒ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas on December 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE