25cr 693

United States Courts
Southern District of Texas
F I L E D

APR 0 8 2026

Nathan Ochsner, Clerk of Court

To: Honorable Judge George C. Hanks JR
C/O Samuel Milledge Jr.

I've been unable to get in contact with my attorney, so I was hoping that the court could forward the following letter to him.

I believe that there are measures that can be taken to prepare for my defense. I know you said that you reached out to the state regarding the discovery, the video recordings from when Agent Williams came to my house during the summer of 2025 and when I was picked up in December 2025. We also need the bond hearing transcripts and the investigative reports you requested over 2 months ago from the state. I believe now is the time to file a motion to compel the discovery and any other motions that will provide us the opportunity to prepare a defense before my pre-trial on May 18th. I do not want a continuance, so time is of essence. If you can come to see me so we can talk, I would appreciate it. Also, can you let me know what the update is concerning the meeting with the state and Agent Williams? Thank you

Best Regards,

Jay Jackson
14261506

Respectfully Submitted,
Jessy Coty
On behalf of Jay Jackson

Jessy Cathy
6006 Josper Joesway
Houston, TX 77091

HOUSTON TX RPDC 773

6 APR 2026  PM 3 L

FOREVER

Judge Hanks Jr
United States Courthouse
515 Rusk ave
Houston, TX 77002

77002-260099