# AFFIDAVIT IN SUPPORT OF BOND RECONSIDERATION

United States Courts
Southern District of Texas
FILED

APR 08 2026

Nathan Ochsner, Clerk of Court

I, Jessy Coty, a resident of Houston, Texas, being duly sworn, hereby declare under penalty of perjury
that the following statements are true and correct based upon my personal knowledge:

1. I am the partner of Jay Antoine Jackson and have known him for several years.

2. Mr. Jackson is a resident of Houston, Texas, where he owns his home and operates a construction business known as J&J Home Improvements Mr. Jackson currently has many approved projects and pending projects through the state of Texas that need completion.

3. Mr. Jackson is a devoted father of six children and is deeply involved in their daily lives. He consistently transports his children to and from school and extracurricular activities and serves as a year-round youth basketball coach.

4. Based on my personal knowledge and observations, Mr. Jackson does not present a risk of flight. He maintains substantial and longstanding ties to the Houston community through his family, homeownership, and business operations. Jay Jackson has

5. Mr. Jackson had planned international travel to China for several months prior to his detention. I was originally scheduled to accompany him; however, I was unable to do so due to work obligations and an expired visa. The purpose of this trip was to visit manufacturing facilities to source construction materials, including cabinetry and doors, for use in my personal home projects and future real estate Investments.

6. Mr. Jackson has previously traveled internationally, including multiple trips to China, and has consistently returned to the United States without incident.

7. He also had planned family travel during his children's winter break, demonstrating ongoing commitments and future planning within his family unit.

8. Mr. Jackson has supported my professional development by contributing toward my real estate education, as we intended to pursue future real estate investment opportunities together.

9. Communications between Mr. Jackson and me, including text messages, reflect routine day-to-day

activities and future-oriented plans, including his intention to return and complete a residential project
for me. These communications do not indicate any intent to evade legal proceedings.

10. Mr. Jackson
is willing to comply fully with any conditions imposed by the Court, including but not limited to the
surrender of his passport, electronic monitoring, and any other restrictions deemed appropriate.

11. I Respectfully submit this affidavit in support of Mr. Jackson's request for bond reconsideration. I declare
under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this day in Houston, Texas.　　　　　　　　　　　　　　　Jessy Coty

Evidence showing this trip to China was preplanned long ago but due to my visa expiring I couldn't attend

~~I'm still~~

中华人民共和国签证
CHINESE VISA

I1320315

| 签证种类 CATEGORY | L | | 次数 ENTRIES | M(多) | |
|---|---|---|---|---|---|
| 请于此前入境 ENTER BEFORE | 28OCT2025 | | 入境后可停留 DURATION OF EACH STAY | 060 | 天 DAYS AFTER ENTRY |
| 签发日期 ISSUE DATE | 28OCT2015 | | 签发地点 ISSUED AT | 休斯敦 | |
| 姓名 FULL NAME | JESSY COTY | | | | |
| 出生日期 BIRTH DATE | 16JUN1991 | | 护照号码 PASSPORT NO. | 475126770 | |
| 备注 REMARKS | | | | | |

VLCHNCOTY<<JESSY<<<<<<<<<<<<<<<<<<<<<<<<<<<
4751267703USA9106167F2510284JK1OUSACIOSARF20

Jessy City
60006 Jasper Jones Way
Houston, TX 77091

United States Courts
Southern District of Texas
FILED
APR 08 2026
Nathan Ochsner, Clerk of Court

HOUSTON TX RPDC 773

6 APR 2026 PM 3 L
United States Courts
Southern District of Texas
FILED

APR 08 2026

Nathan Ochsner, Clerk of Court

Judge Hanks JR
United States courthouse
515 Rusk Ave.
770 Houston, TX 77002