TRULINCS 14261506 - JACKSON, JAY ANTOINE - Unit: HOU-E-W

United States Courts
Southern District of Texas
FILED

SEP 08 2026

Nathan Ochsner, Clerk of Court

FROM: Jackson, Candace
TO: 14261506
SUBJECT: RE: Home
DATE: 08/30/2026 12:06:03 PM

The Honorable George C. Hanks Jr.
United States District Judge
United States District Court
Southern District of Texas
c/o United States District Clerk
515 Rusk Street
Houston, Texas 77002

Re: United States v. Jay Antoine Jackson

Dear Judge Hanks:

I respectfully write to notify the Court of an issue concerning my ability to continue paying retained counsel.

My next court date has been moved to October. Because I remain detained and unable to work, I cannot financially continue retaining private counsel through October or through any additional delays.

I understand that my attorney and the government are currently working toward a possible resolution of my case and that the matter may be close to being finalized. My preference is for my current attorney, Mr. Samuel Milledge Jr., to remain my counsel and complete that process before the October court date, if reasonably possible. I have written to Mr. Milledge at the same time as this letter to ask whether the matter can be completed before then.

I am bringing this issue to the Court's attention now because I do not want to wait until October and risk causing another delay. If the matter cannot be resolved before then, I will not be financially able to continue retaining Mr. Milledge. I respectfully request guidance regarding the proper procedure for addressing my inability to continue paying retained counsel, including whether I should complete a financial affidavit or appear for a hearing.

I am not requesting a continuance, and I do not want the issue concerning my representation to delay the case. My goal is to resolve the matter with my current attorney before October, if possible. If that cannot occur, I would like to address the counsel issue promptly so my case can continue moving forward without unnecessary delay.

I am not asking the Court to become involved in confidential discussions or to consider the facts or merits of my case through this letter. My only purpose is to inform the Court of my financial circumstances and request guidance regarding my representation.

I have provided Mr. Milledge with a copy of this letter so that my position is fully disclosed and consistent with what I have communicated to him.

Thank you for your consideration.

Respectfully submitted,

Jay Antoine Jackson

cc: Samuel M. Milledge Jr., Counsel for Defendant

Jay Jackson 14261506
Federal Detention Center
P.O. Box 526255
Houston, TX 77052

HOUSTON TX RPDC 773
3 SEP 2026 PM 6 L




United States Co
Southern District of Texas
FILED
SEP 08 2026
Nathan Ochsner, Clerk of Court

Legal Mail

Judge Hanks United States Courthouse
515 Rusk Avenue
Houston, TX 77002

THIS CORRESPONDENCE IS FROM AN INMATE
IN CUSTODY OF THE BUREAU OF PRISONS

77002-260099